### 46496. SEARS, ROEBUCK & COMPANY v. CLARK.

JORDAN, Presiding Judge. In this personal injury action by an elderly woman who tripped and fell on a tool box placed on the floor of her home by an employee of the defendant corporation, who was engaged in connecting a water line to the ice maker of a refrigerator, there appear to be genuine issues of fact for jury resolution with respect to negligence and causation. The

trial judge did not err in denying the motion of the defendant for summary judgment.

*Judgment affirmed. Quillian and Evans, JJ., concur.*
ARGUED SEPTEMBER 14, 1971—DECIDED SEPTEMBER 29, 1971.

*Jones, Cork, Miller & Benton, H. Jerome Strickland,* for appellant.

*Lambdin & Smith, E. Byron Smith, Charles E. Lambdin,* for appellee.